**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00347-CR**
_____

**CESAR ANTONIO SERMENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 397th District Court**
**Grayson County, Texas**
**Trial Cause No. 069462**

_____

**ORDER**

Appellant's counsel filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel certified that counsel provided copies of the motion and brief to appellant, advised appellant of appellant's right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). This Court affirmed the trial court's judgment on November

1

18, 2020. *See Sermeno v. State*, No. 09-19-00347-CR, 2020 WL 6749937, at *1 (Tex. App.—Beaumont Nov. 18. 2020, no pet. h.) (mem. op., not designated for publication). The Court of Criminal Appeals granted an extension of time to file a petition for discretionary review until February 16, 2021.

On January 25, 2020, appellant requested access to the appellate record with this Court. We hereby direct the clerk of the trial court to provide access to a paper copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, on or before Monday, March 1, 2021. *See Kelly*, 436 S.W.3d at 321-22. Any additional extensions of time to file a petition for discretionary review must be requested from the Texas Court of Criminal Appeals. *See* Tex. R. App. P. 68.2(c).

ORDER ENTERED January 29, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.